Mary Foreman Frerichs, Plaintiff-Appellee, v. John W. Foreman et al., Defendants. (John W. Foreman, Appellant.) John W. Foreman, Counterclaimant-Appellant, v. Mary Foreman Frerichs, Counter-defendant-Appellee.

Gen. No. 10,482. ▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬ Whitehead & Whitehead, and Dyer & Dyer, for defendant-counterclaimant-appellant; Eva L. Minor, for appellee. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full. Opinion filed May 29, 1951; rehearing denied October 2, 1951; released for publication October 2, 1951.